# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

Sorna Corporation,

*Plaintiff,*

v.                                              Case No. 0:13–cv–02794–ADM–LIB

PacsGear, Inc.,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:  Pacsgear, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Alexander Farrell
> 7101 York Ave S Ste 153
> Edina, MN
> 55435

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*                 By:



Signature of Clerk or Deputy Clerk

Mandy M. Price

Date of Issuance:  October 10, 2013

## **Summons and Complaint Return of Service**

Case No. 0:13−cv−02794−ADM−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Pacsgear, Inc.

Date of Service:        _____

## **Method of Service**

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## **Declaration of Server**

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _____

Signature of Server:        _____

Date:        _____

Server's Address:        _____
_____
_____