| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Sorna Corporation<br>    Plaintiff, | Court File Number<br>0:13-cv-02794 |
| v. | |
| Pacsgear, Inc.<br>    Defendant, | AFFIDAVIT OF SERVICE |

State of California } SS
County of Alameda }

__Parrish Scott__, being duly sworn, on oath says that on
(Name of Server)

__11__ / __11__ /2013 at __2__:__07__ __P__M
(Date of Service)     (Time of Service)

s(he) served the attached: Summons, Complaint, & Exhibits

upon: PacsGear, Inc.

therein named, personally at:   4309 Hacienda Drive
                                Suite 500
                                Pleasanton, CA 94588

by handling to and leaving with:

[ ] the Registered Agent of PacsGear, Inc.
[ ] an Officer of PacsGear, Inc.
[X] a Managing Agent, someone within PacsGear, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

__Ellen Goldstein__                                __Receptionist__
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me                   __Paul Scott__
__11__/__11__/2013.                                 (Signature of Server)

_____
(Signature of Notary)

J. BROWN
Commission # 1919747
Notary Public - California
Alameda County
My Comm. Expires Jan 28, 2015

Serial # FARFS 125851 5097
Re: Sorna Corp. v. PacsGear

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215