UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

Sorna Corporation,

       Plaintiff,

v.

Pacsgear, Inc.

                                     Civil Case No.0:13-cv-02794 (ADM/LIB)

       Defendant.

___

**JOINT STIPULATION RE: SORNA MOTION TO COMPEL**

In light of the meet and confer of the parties on July 29th, 2014 in relation to Sorna's pending motion to compel (Court Docket No. 29) the parties through their respective counsel agree that (i) Pacsgear will supplement certain interrogatory responses and documents requests, as necessary; (ii) the parties will supplement their respective infringement and non-infringement claim charts, as agreed to by the parties, (iii) Sorna shall withdraw its motion without prejudice to reinstatement. The parties hereby jointly request that the hearing be cancelled.

    SO STIPULATED

Dated:

                                                  By:/s/ Frank S. Farrell

                                                **F.S. FARRELL, LLC**
                                                Frank S. Farrell (MN #28447)
                                                Alexander J. Farrell (MN #390202)
                                                7401 Metro Blvd, suite 425
                                                Edina, MN  55439
                                                Telephone: (952) 921-3260
                                                frank@fsfarrell.com
                                                alexander@fsfarrell.com

1

**ATTORNEYS FOR PLAINTIFF SORNA**

Dated:

By: /s/ Bill Holbrow

**BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP**
Bill Holbrow
12499 Wilshire Blvd, Suite 700
Los Angeles, CA 90025
Telephone: (310) 207-3800
Bill_holbrow@bstz.com
(admitted *pro hac vice*)

Dated:

By: /s/ Dennis Bremer

**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA.**
Dennis Bremer
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
dbremer@carlsoncaspers.com

**ATTORNEYS FOR DEFENDANT PACSGEAR**