## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Sorna Corporation, | Civ. No. 13-2794 (ADM/BRT) |
| Plaintiff, | |
| v. | |
| Perceptive Software, LLC, | **ORDER FOR SETTLEMENT CONFERENCE** |
| Defendant. | |

**The above-referenced case is assigned to Judge Ann D. Montgomery for trial.** A settlement conference will be held on **April 13, 2015, at 9:30 a.m., in Chambers 346**, Warren E. Burger Federal Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101, before the undersigned United States Magistrate Judge. All participants should plan on spending the entire day and evening, if necessary, at this settlement conference.

Counsel who <u>will actually try the case</u> and <u>each party, armed with full settlement authority</u>, shall be present in person. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If individuals are parties to this case, they must be present in person. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present in person. If an insurance company is involved on behalf of any party, a representative of the insurer with the power to pay the policy limits must also attend in person the settlement conference.

In order to encourage the parties to address the issue of settlement on their own, counsel must meet in person with one another on or before **April 1, 2015,** to engage in a full and frank discussion of settlement. If the case does not settle, each party should submit a confidential mediation statement to the undersigned on or before **April 8, 2015,** that includes the following : (1) a description of the parties and the relationship between the parties; (2) the identity of all individuals who will attend the mediation on behalf of the party; (3) the identification of key claim construction terms; (4) honest discussion of the strengths and weaknesses of the infringement, invalidity, and unenforceability case; (5) damages discussion; and (6) additional information believed to be helpful to the process of reaching agreement. This mediation statement is for the Court's use only and should not be served on opposing counsel. Counsel may mail or deliver their confidential mediation statement to chambers at thorson_chambers@mnd.uscourts.gov

Date: March 10, 2015

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge