# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sorna Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Perceptive Software, LLC,<br><br>　　　　　Defendant. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　　　13-2794 ADM/BRT<br>Date:　　　　　 April 13, 2015<br>Courthouse:　　Saint Paul<br>Courtroom:　　 Chambers – Room 346<br>Recording:　　 (10:47p.m. - 11:20 p.m.)<br>Time Commenced: 9:30 AM<br>Time Concluded: 11:30 PM<br>Time in Court:　14 Hours |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

　　Plaintiff:　　Frank S. Farrell, Jr. and Alexander Farrell

　　Defendant:　　William Holbrow, James Ahn, Dennis Bremer

**PROCEEDINGS:**

　　X　　Confidential Settlement reached. Terms stated on the record.

　　　　　Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

　　☐　　No settlement reached.


　　　　　　　　　　　　　　　　　　　*s/ Melissa S. Kruger*
　　　　　　　　　　　　　　　　　　　Courtroom Deputy/Judicial Assistant