UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Sorna Corporation,

        Plaintiff,

v.

Perceptive Software, LLC,

                                      Civil Case No.0:13-cv-02794 (ADM/BRT)

        Defendant.
_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

     This Stipulation of Dismissal with Prejudice is made and entered into on this 19th day of June, 2015, by and between, Plaintiff Sorna Corporation ("Sorna") and Defendant Lexmark Enterprise Software, LLC, formerly known as Perceptive Software, LLC ("Lexmark") (collectively, "the Parties"):

     WHEREAS, Sorna filed the above-captioned action against Lexmark alleging infringement, willful infringement, contributory infringement, and inducement to infringe the following four patents: U.S. Patent No. 7,965,408; U.S. Patent No. 8,045,214; U.S. Patent No. 8,059,304; and U.S. Patent No. 8,687,226 (collectively, "Patents-in-Suit");

     WHEREAS, Lexmark counterclaimed for a judgment that the Patents-in-Suit are not infringed, either literally or under the doctrine of equivalents by direct, contributory, or induced infringement, and are invalid, void, and unenforceable;

WHEREAS, on or about April 30, 2015, the Parties entered into a written settlement agreement entitled "**SETTLEMENT/LICENSE AGREEMENT AND RELEASE**" (hereinafter "Settlement Agreement");

WHEREAS, pursuant to the Settlement Agreement, the Parties agreed to dismiss all claims and counterclaims in the above-captioned action with prejudice, in view of the terms of the Settlement Agreement;

THEREFORE, SORNA AND LEXMARK HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1) and (c), to dismiss all claims and counterclaims in the above-captioned matter with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. This stipulation and dismissal completely terminates the above-captioned action against all parties.

The parties also request that this Court retain jurisdiction in order to enforce the terms and conditions of the Settlement Agreement.

Dated: June 19, 2015                By: /s/ Frank S. Farrell_____

**F.S. FARRELL, LLC**
Frank S. Farrell (MN #28447)
Alexander J. Farrell (MN #390202)
7401 Metro Blvd, suite 425
Edina, MN  55439
Telephone: (952) 921-3260
frank@fsfarrell.com
alexander@fsfarrell.com

**ATTORNEYS FOR PLAINTIFF SORNA**

Dated: June 19, 2015   By: /s/ Willmore F. Holbrow, III

**BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP**
Willmore F. Holbrow, III (Cal. Bar # 169688)
12400 Wilshire Blvd, Suite 700
Los Angeles, CA 90025
Telephone: (310) 207-3800
Bill_holbrow@bstz.com
(admitted *pro hac vice*)

**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA.**
Dennis Bremer (MN #299182)
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
dbremer@carlsoncaspers.com

**ATTORNEYS FOR DEFENDANT LEXMARK**