# UNITED STATES DISTRICT COURT
## District of Minnesota

Sorna Corporation

                      **JUDGMENT IN A CIVIL CASE**

             Plaintiff,

v.

                      Case Number:  13-cv-2794 ADM/BRT

Perceptive Software, LLC

             Defendant(s).

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action shall be dismissed in its entirety with prejudice, subject to the terms of that certain

SETTLEMENT/LICENSE AGREEMENT AND RELEASE, with each party to bear its own costs, expenses,

and attorneys' fees.

Date: June 22, 2015                                                RICHARD D. SLETTEN, CLERK

                                                                 s/J. Dunbar Fannemel

                                   (By)         J. Dunbar Fannemel, Deputy Clerk